# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__
Springfield Division

Mark Affhauser

V.

Springfield Terminal Railway Company
- and -
Boston & Maine Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30238-MAP

TO: (Name and address of defendant)

Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Curtis Center Suite 450 | 88 Black Falcon Avenue |
| Independence Square West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    December 6, 2004
CLERK                                           DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __United States Mail – Certified – Return Receipt. See attached receipt.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    Signature of Server

                                      _____
                                      Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HANNON & JOYCE
PUBLIC LEDGER BUILDING, SUITE 1000
150 S. INDEPENDENCE MALL WEST
PHILADELPHIA, PA 19106-3413

ATTN: AMB
      Affhauser

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Jay Magyar    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Jay Magyar   C. Date of Delivery: 1-3-05 |
| 1. Article Addressed to:<br>Springfield Terminal Railway Co<br>Iron Horse Park<br>North Billerica, MA 01862<br><br>ATTN: Cynthia Scarano<br>      Director of Claims | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7099 3400 0012 8634 7988 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540