UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30238-MAP

| | |
|---|---|
| MARK AFFHAUSER | ) |
|     Plaintiff, | ) |
| vs. | ) |
| SPRINGFIELD TERMINAL | ) |
| RAILWAY COMPANY and | ) |
| BOSTON & MAINE CORPORATION | ) |
|     Defendants. | ) |

### JOINT ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

    Now come the parties and respectfully request that this Honorable Court reschedule the Initial Scheduling Conference scheduled for March 8, 2005 to a date after March 14, 2005 that is convenient for the Court. Counsel for the Defendant respectfully submits that he is unavailable to appear for a Scheduling Conference on March 23, 2005 and respectfully requests that the Scheduling Conference not be scheduled for these dates.

    As grounds for this motion, counsel for the defendant states that prior to receiving this Court's notification about the March 8th Scheduling Conference, a deposition of an out of state client in the matter of **William Norton vs. Town of Whitman, et. al.**, U. S. Federal District Court C.A. No. 04-11854-JLT was scheduled for 10:00 a.m. on March 8, 2005. Defense counsel has arranged to meet at his office with the out of state client on Sunday, March 6, 2005 to prepare for the deposition due to the client's work and travel schedule. The parties respectfully submit that the allowance of this motion will not unduly delay the procedural aspect of this case.

    WHEREFORE, the parties respectfully request that the Court allow this motion and reschedule the Initial Scheduling Conference to a date after March 14, 2005 that is convenient for the Court. Counsel for the Defendant respectfully submits that he is unavailable to appear for a Scheduling Conference on March 23, 2005 and respectfully requests that the Scheduling Conference not be scheduled for these dates.

The Plaintiff,
By his attorney,

Michael J. McDevitt, Esq.
BBO # 564720
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Tel.:(617) 439-4990

The Defendant,
Springfield Terminal Railway Company,
By its attorneys,

John J. O'Brien, Jr.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Tel.: (781) 239-9988
Fax: (781) 239-3360


## CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of **JOINT ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE** by mailing a copy thereof, postage prepaid, to:

Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106-3413

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

John J. O'Brien, Jr.

Date: March 1, 2005