UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK AFFHAUSER,          ) <br>       Plaintiff   ) <br>                            ) <br> v.                            ) <br>                            ) <br> SPRINGFIELD TERMINAL RAILWAY  ) <br> COMPANY and BOSTON & MAINE  ) <br> CORPORATION,  ) <br>       Defendants  ) | Civil Action No. 04-30238-MAP |

ORDER
March 16, 2005

NEIMAN, U.S.M.J.

The following schedule and order was set at the initial scheduling conference this day:

1. By March 24, 2005, Plaintiff's attorneys shall explain their absence this day to the court in writing. In addition, the court sua sponte orders Plaintiff's counsel to pay Defendants' counsel $786.25, representing Defendants' counsel's hourly fee of $185 for four and one-quarter hours necessitated for his travel and appearance today. Said amount shall be paid forthwith.

2. All written discovery and non-expert depositions shall be completed by September 7, 2005.

3. Counsel shall appear for a case management conference on September 9, 2005, at 11:30 a.m. in Courtroom Three.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 7, 2005.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

6. All expert depositions shall be completed by December 30, 2005.

IT IS SO ORDERED.

DATED: March 16, 2005

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge