UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK AFFHAUSER )<br>)<br>)<br>v. )<br>)<br>SPRINGFIELD TERMINAL RAILWAY )<br>COMPANY and BOSTON & MAINE )<br>CORPORATION ) | Civil Action No. 04-3028MAP |

### PLAINTIFF'S EXPLANATION REGARDING PLAINTIFF'S COUNSEL'S FAILURE TO APPEAR AT JOINT SCHEDULING CONFERENCE

1. Michael J. McDevitt is local counsel for the Plaintiff in the above-entitled matter.

2. Plaintiff's local counsel failed to attend the Scheduling Conference on March 16, 2005 and apologizes for his failure to attend. Plaintiff's counsel was attending a deposition in another FELA case on March 16, 2005 (see attached) and was unaware of the Scheduling Conference. It is important the Court know that the failure to attend resulted from inadvertence and confusion in the scheduling as explained below.

3. On January 26, 2005, Plaintiff's counsel received Notice of a Scheduling Conference on March 8, 2005.

4. On January 26, 2005, Plaintiff's counsel, in order to accommodate the Defendant's counsel's request, assented to a Motion to Continue the March 8, 2005 Scheduling Conference. In that Motion, Defendant's counsel requested three (3) specific dates when he was available: March 14, 2005, March 16, 2005 and March 23, 2005.

5. On January 31, 2005, Plaintiff received an Order from the Court allowing the Motion and rescheduling the Scheduling Conference on March 16, 2005.

6. On or about March 1, 2005, Plaintiff's local counsel's office received from Defendant's counsel a Joint Statement and a Second, now mooted, Assented to Motion to Continue the Scheduling Conference, praying that the Conference not be scheduled on March 23, 2005.

7. It is at this point that Plaintiff's local counsel's staff, inadvertently believed that Defendant's counsel meant to request rescheduling of the conference on March 16, 2005 (since the Court had never scheduled a Conference for March 23, 2005) removed it from the office calendar.

8. On March 7, 2005, Plaintiff's counsel received Notice from the Court referencing the Court's finding the Second Motion to Continue Scheduling Conference moot and restating the March 16, 2005 Scheduling Conference date. Inadvertently, this date was not re-entered in the office calendar.

9. Plaintiff's local counsel acknowledges his complete responsibility for his failure to appear in this matter and wishes for the Court know that no disrespect was intended.

Respectfully Submitted,
**PLAINTIFF'S ATTORNEY**

_____
Michael J. McDevitt, BBO #: 564720
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Dated: 3/21/05

One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380
bktc@bktc.net
www.bktc.net

BONNER
KIERNAN
TREBACH &
CROCIATA

FILED
IN CLERKS OFFICE
2005 FEB 28 P 3: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

Connecticut
Maryland
New Jersey
New York
Rhode Island
Virginia
Washington, DC

February 25, 2005

BY FIRST CLASS MAIL AND FACSIMILE TO 617.748.9096

Honorable Judge Rya W. Zobel
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: *PASIONEK v. AMTRAK*
U.S. District Court for the Dist. of Massachusetts C.A. No. 04CV11172RWZ

Dear Judge Zobel:

During the Scheduling Conference held on this matter on November 17, 2004, the Court identified a case schedule in which initial discovery was to be completed by the end of February 2005 and all discovery by the end of May 2005. The parties were asked to report to the Court on the progress of settlement discussions when the first phase of discovery was complete. Unfortunately, through no fault of the plaintiff, it has not been possible for the initial phase of discovery to be completed by that time. However, the 30(b)(6) deposition of Amtrak will take place on March 11, 2005 and the deposition of the plaintiff on March 16, 2005. Once those depositions have been taken, the parties believe that more meaningful settlement discussions can be undertaken. Consequently, the parties expect to be able to report to the court at the end of March 2005 as to whether the case is ripe for settlement or whether further discovery will need to be taken. In any event the modest delay to the initial discovery phase will cause no delay to the overall tracking order. Unless the Court orders otherwise, the parties will report back to the Court in one month's time.

Thank you for your attention to this matter.

Sincerely,

Stephen E. Hughes, counsel for Amtrak

Michael J. McDevitt, counsel for Mr. Pasionek

**Mazzarella, Andrea**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Tuesday, March 01, 2005 3:15 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11172-RWZ Pasionek v. National Railroad Passenger Corporation "Status Report" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 3/1/2005 at 3:15 PM EST and filed on 2/28/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$'
Case Name: Pasionek v. National Railroad Passenger Corporation
Case Number: 1:04-cv-11172 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?92549

Document Number: 8
Copy the URL address from the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?8,92549,,58519570,

Docket Text:
STATUS REPORT by Joseph Pasionek, Jr, National Railroad Passenger Corporation. (Johnson,
Jay)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=3/1/2005] [FileNumber=874724-0]
[d83febe714aa55e5b92da26e3a5f520f0778b851cb772c12e82ad2ab18fbdeea7ab5576500e4eae0507658d59
1af3bce69314f8366dedf68f757e36636d6ed65]]


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' -->
1:04-cv-11172 Notice will be electronically mailed to:
Stephen E. Hughes                                          shughes@bktc.net

John A. Kiernan                                            jkiernan@bktc.net

Michael J. McDevitt                                        mmcdevitt@lawson-
weitzen.com,  amazzarella@lawson-weitzen.com



1:04-cv-11172 Notice will not be electronically mailed to:
```

1