

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460 ~ (888) 222-FELA (US) ~ (215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
t.joyceiii@hannonandjoyce.com

March 22, 2005

Honorable Kenneth P. Neiman
United States Magistrate Judge
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re: Mark Affhauser vs. Springfield Terminal Railway Company
And Boston & Maine Corporation
Civil Action No. 04-30238-MAP

Dear Judge Neiman:

Please note our representation of the Plaintiff in the above-captioned FELA carpal tunnel syndrome action.

Please accept this letter as Plaintiff's response to the Court's Order of March 16, 2005 to explain our absence from the Initial Scheduling Conference on March 16, 2005.

I apologize as attorney for Plaintiff for missing the Initial Scheduling Conference on March 16, 2005. I also apologize on behalf of Michael J. McDevitt, our local counsel, for missing the Initial Scheduling Conference on March 16, 2005.

It is my understanding that the Initial Scheduling Conference was initially scheduled for March 8, 2005. John J. O'Brien, Jr., attorney for Defendants, had a scheduling conflict on March 8, 2005 and submitted a Joint Assented to Motion to Continue Scheduling Conference in a letter dated January 27, 2005. In Mr. O'Brien's letter to the Court, Mr. O'Brien specifically requested that the Scheduling Conference not be scheduled for March 14, 16 or 23, 2005 due to other conflicts in his schedule. In a letter dated March 1, 2005, Mr. O'Brien again submitted to the Court a Joint Motion to Continue the Scheduling Conference for March 8, 2005. In Mr. O'Brien's followup letter to the Court, he specifically requested that the Scheduling Conference be

scheduled for a date after March 14, 2005 but not on March 23, 2005 due to conflicts in his schedule. Thereafter, the Court rescheduled the Initial Scheduling Conference to March 16, 2005. I did not receive notice of the conference being rescheduled to March 16, 2005. I was in Cincinnati, Ohio on March 16, 2005 conducting mediations on the matters of Richard Varble vs. Consolidated Rail Corporation in the Court of Common Pleas of Hamilton County, Ohio, docket number A0406631, and Otis Cole vs. Consolidated Rail Corporation, docket number A0406630.

Michael McDevitt, local counsel for Plaintiff, was also not aware that the Initial Scheduling Conference had been rescheduled to March 16, 2005.

If you have any questions or need additional information, please do not hesitate to contact me. Thank you for your time and consideration.

Respectfully,

THOMAS J. JOYCE, III

TJJ:mgm
Enc.
cc: Michael J. McDevitt, Esquire
John J. O'Brien, Jr., Esquire



☐ Reply To
900 Centerton Road
Mount Laurel, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106-3413
(215) 446-4460 ~ (888) 222-FELA (US) ~ (215) 446-4479 (FAX)

Thomas J. Joyce, III, Partner
t.joyceiii@hannonandjoyce.com

March 22, 2005

John J. O'Brien, Jr., Esquire
O'Brien & von Rosenvinge
27 Mica Lane Suite 202
Wellesley, MA 02481

Re: Mark Affhauser vs. Springfield Terminal Railway Company
And Boston & Maine Corporation
Civil Action No 04-30238-MAP

Dear Mr. O'Brien:

Enclosed please find a check for $786.25 in connection with the Initial Scheduling Conference in Mark Affhauser's FELA carpal tunnel syndrome action.

Very truly yours,

THOMAS J. JOYCE, III

TJJ:mgm
Enc.
cc: Honorable Kenneth P. Neiman, United States Magistrate Judge ✓
Michael J. McDevitt, Esquire

O'BRIEN & VON ROSENVINGE, P.C.
ATTORNEYS AT LAW
27 MICA LANE, SUITE 202
WELLESLEY, MA 02481
TELEPHONE (781) 239-9988
FACSIMILE (781) 239-3360

January 27, 2005

Clerk's Office
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

02-51852K

RE: Mark Affhauser v. Springfield Terminal Railway Company and Boston & Maine Corp.
U. S. F. D. C. Civil Action No.04-30238-MAP

Dear Sir/Madam:

Please find enclosed for filing, relative to the above-named matter please find a Joint Assented To Motion To Continue Scheduling Conference to a date after March 8, 2005. I respectfully request that the Conference not be scheduled for March 14, 16 or 23, 2005 due to other conflicts in my work schedule.

Thank you for your courtesy and attention to this matter.

Very truly yours,

John J. O'Brien, Jr.

/jjob,jr
Enclosures
cc: Thomas J. Joyce, III, Esq.
Michael J. McDevitt, Esq. (letter only)
Springfield Terminal Railway Company (letter only)
ClkJtMtnContSchedConf

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

**Civil Action No.: 04-30238-MAP**

**MARK AFFHAUSER**
**Plaintiff,**
**vs.**
**SPRINGFIELD TERMINAL RAILWAY COMPANY and BOSTON & MAINE CORPORATION**
**Defendants.**

**JOINT ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now come the parties and respectfully request that this Honorable Court reschedule the Initial Scheduling Conference scheduled for March 8, 2005 to a date after March 9, 2005 that is convenient for the Court. Counsel for the Defendant respectfully submits that he is unavailable to appear for a Scheduling Conference on March 14, 16 or 23, 2005 and respectfully requests that the Scheduling Conference not be scheduled for these dates.

As grounds for this motion, counsel for the defendant states that prior to receiving this Court's notification about the March 8th Scheduling Conference, a deposition of an out of state client in the matter of **William Norton vs. Town of Whitman, et. al.**, U. S. Federal District Court C.A. No. 04-11854-JLT was scheduled for 10:00 a.m. on March 8, 2005. Defense counsel has arranged to meet at his office with the out of state client on Sunday, March 6, 2005 to prepare for the deposition due to the client's work and travel schedule. The parties respectfully submit that the allowance of this motion will not unduly delay the procedural aspect of this case.

WHEREFORE, the parties respectfully request that the Court allow this motion and reschedule the Initial Scheduling Conference to a date after March 9, 2005 that is convenient for the Court. Counsel for the Defendant respectfully submits that he is unavailable to appear for a Scheduling Conference on March 14, 16 or 23, 2005 and respectfully requests that the Scheduling Conference not be scheduled for these dates.

The Plaintiff,
By his attorney,

Michael J. McDevitt, Esq.
BBO # 564720
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Tel.:(617) 439-4990

The Defendant,
Springfield Terminal Railway Company,
By its attorneys,

John J. O'Brien, Jr.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Tel.: (781) 239-9988
Fax: (781) 239-3360

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of **JOINT ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE** by mailing a copy thereof, postage prepaid, to:

Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106-3413

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

John J. O'Brien, Jr.

Date: January 27, 2005

O'BRIEN & VON ROSENVINGE, P.C.
ATTORNEYS AT LAW
27 MICA LANE, SUITE 202
WELLESLEY, MA 02481
TELEPHONE (781) 239-9988
FACSIMILE (781) 239-3360

March 1, 2005

Clerk's Office
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

RE: Mark Affhauser v. Springfield Terminal Railway Company and Boston & Maine Corp.
U. S. F. D. C. Civil Action No.04-30238-MAP

Dear Sir/Madam:

Please find enclosed for filing, relative to the above-named matter please find a Joint Statement of the Parties in anticipation of the upcoming Scheduling Conference.

Also enclosed please find a Joint Motion to Continue the Scheduling Conference presently scheduled for March 8, 2005. Please notify counsel if the Court requires oral argument on this motion. I most respectfully request that the Conference not be scheduled for March 23, 2005 due to other conflicts in my work schedule.

Thank you for your courtesy and attention to this matter.

Very truly yours,

John J. O'Brien, Jr.

/jjob,jr
Enclosures
cc: Thomas J. Joyce, III, Esq. ✓
Michael J. McDevitt, Esq. (letter only)
Springfield Terminal Railway Company
ClkJtStmtJtMtnContSchedConf

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MASSACHUSETTS**

**Civil Action No.: 04-30238-MAP**

**MARK AFFHAUSER** )
**Plaintiff,** )
**vs.** )
**SPRINGFIELD TERMINAL** )
**RAILWAY COMPANY and** )
**BOSTON & MAINE CORPORATION** )
**Defendants.** )

**JOINT ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now come the parties and respectfully request that this Honorable Court reschedule the Initial Scheduling Conference scheduled for March 8, 2005 to a date after March 14, 2005 that is convenient for the Court. Counsel for the Defendant respectfully submits that he is unavailable to appear for a Scheduling Conference on March 23, 2005 and respectfully requests that the Scheduling Conference not be scheduled for these dates.

As grounds for this motion, counsel for the defendant states that prior to receiving this Court's notification about the March 8th Scheduling Conference, a deposition of an out of state client in the matter of **William Norton vs. Town of Whitman, et. al.**, U. S. Federal District Court C.A. No. 04-11854-JLT was scheduled for 10:00 a.m. on March 8, 2005. Defense counsel has arranged to meet at his office with the out of state client on Sunday, March 6, 2005 to prepare for the deposition due to the client's work and travel schedule. The parties respectfully submit that the allowance of this motion will not unduly delay the procedural aspect of this case.

WHEREFORE, the parties respectfully request that the Court allow this motion and reschedule the Initial Scheduling Conference to a date after March 14, 2005 that is convenient for the Court. Counsel for the Defendant respectfully submits that he is unavailable to appear for a Scheduling Conference on March 23, 2005 and respectfully requests that the Scheduling Conference not be scheduled for these dates.

The Plaintiff,
By his attorney,

Michael J. McDevitt, Esq.
BBO # 564720
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Tel.:(617) 439-4990

The Defendant,
Springfield Terminal Railway Company,
By its attorneys,

John J. O'Brien, Jr.
BBO # 375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Tel.: (781) 239-9988
Fax: (781) 239-3360

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of **JOINT ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE** by mailing a copy thereof, postage prepaid, to:

Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106-3413

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

John J. O'Brien, Jr.

Date: March 1, 2005