UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30238-MAP

MARK AFFHAUSER )
    Plaintiff, )
     )
vs. )
     )
SPRINGFIELD TERMINAL )
RAILWAY COMPANY and )
BOSTON & MAINE CORPORATION )
    Defendants. )

## DEFENDANTS, SPRINGFIELD TERMINAL RAILWAY COMPANY'S, AND BOSTON & MAINE CORPORATION'S, MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT, PURSUANT TO FED. R. CIV. P. LOCAL RULES 7.1(A)(2) AND 37.1(A), FOR FAILURE TO ANSWER AND RESPOND TO WRITTEN DISCOVERY

NOW COME the defendants, Springfield Terminal Railway Company and Boston & Maine Corporation, and move this Honorable Court, pursuant to F.R.C.P. Local Rules 7.1 (A)(2) and 37.1 (A), to dismiss the plaintiff's claims for failure to answer interrogatories and requests for production of documents propounded by the defendants.

## STATEMENT OF THE CASE

The plaintiff has brought suit against the defendants alleging that he was caused to suffer occupational carpal tunnel syndrome as a result of his alleged exposure to repetition, force, vibration and awkward wrist position during the course of his employment with the defendants since 1979 through and including January 2002. The plaintiff does not allege that he suffered injuries as a result of an isolated incident nor does he allege that his injuries were caused by any defective appliance or equipment on any locomotive or railroad car.

On or about March 4, 2005, defendants propounded and served on plaintiff's counsel interrogatories and requests for production of documents. On or about April 13, 2005, counsel for the defendants wrote to plaintiff's counsel pursuant to Local Rules 7.1 (A)(2) and 37.1 (A) in good faith effort to address and narrow any areas of disagreement. Since that time, the plaintiff has not responded to defense counsel's request and has failed and continues to fail to answer interrogatories or respond to requests for production of documents.

## LOCAL RULE 7.1 CERTIFICATION

I, John J. O'Brien, Jr., counsel for the Defendants, hereby certify that on April 13, 2005, I wrote to plaintiff's counsel, pursuant to Local rule 7.1, requesting a conference to discuss the issues raised herein. As of May 18, 2005, no response or other contact has been received from

counsel to my request. Thus, the requirements of Local Rule 7.1 have been complied with in regards to the filing of this Motion.

WHEREFORE, defendants respectfully request that the Court dismiss the plaintiff's complaint as to each defendant.

Respectfully submitted,
Springfield Terminal Railway Company and
Boston & Maine Corporation,
By their attorneys,

John J. O'Brien, Jr.
BBO #375885
O'Brien & von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481
Tel.: (781) 239-9988
Fax: (781) 239-3360

Date: May 18, 2005

## CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the defendants in the within action, hereby certify that I have this day served a copy of
**DEFENDANTS, SPRINGFIELD TERMINAL RAILWAY COMPANY'S, AND BOSTON & MAINE CORPORATION'S, MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT, PURSUANT TO FED. R. CIV. P. LOCAL RULES 7.1(A)(2) AND 37.1(A), FOR FAILURE TO ANSWER AND RESPOND TO WRITTEN DISCOVERY**
by mailing a copy thereof, postage prepaid, to:

Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106-3413

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

John J. O'Brien, Jr.

Date: May 18, 2005
D'sMtnDismissFailureAnsWrittenDisc