# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MARK AFFHAUSER,**
   **Plaintiff(s)**

  v.        **CIVIL ACTION NO. 04-30238-MAP**

**SPRINGFIELD TERMINAL RAILWAY**
**ET AL,**
   **Defendant(s)**

## JUDGMENT IN A CIVIL CASE

**PONSOR, D.J.**

  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR THE DEFENDANTS PURSUANT TO THE ORDER OF THE COURT ENTERED ON JUNE 8, 2005, GRANTING, WITHOUT OPPOSITION, THE DEFENDANTS' MOTION TO DISMISS.**

              SARAH A. THORNTON,
              CLERK OF COURT

**Dated:** **6/9/05**           **/s/John C. Stuckenbruck**
                 **Deputy Clerk**