UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30238-MAP

| | |
|---|---|
| MARK AFFHAUSER<br>Plaintiff,<br>vs.<br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY and<br>BOSTON & MAINE CORPORATION<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

All parties to the above entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice, without costs or expenses including attorney's fees and waiving all rights of appeal.

Respectfully submitted,

The Plaintiff,
By his attorney,

_____
Thomas J. Joyce, III, Esq.
BBO#
Hannon & Joyce
Public Ledger Building, Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106-3413
(215) 446-4460

The Defendants,
Springfield Terminal Railway Company
and Boston & Maine Corporation,
By their attorneys,

_____
John J. O'Brien, Jr.
BBO# 375885
O'Brien & von Rosenvinge
27 Mica Lane, Suite 202
Wellesley, MA 02481
(781) 239-9988

DATED: 9/19/05